# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **KATHERINE ENIS a/k/a KAT ENIS,** | )<br>) |
| **Plaintiff,** | )<br>)<br>) |
| v. | ) **CIVIL ACTION NO.**<br>) **5:16-cv-00874-AKK** |
| **CAVALRY PORTFOLIO SERVICES, LLC; CAVALRY SPV I, LLC,** | )<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

## NOTICE OF SETTLEMENT

**COME NOW** defendant Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC (collectively, "Defendants"), by and through their undersigned counsel, and hereby inform the Court that a settlement of the present matter has been reached as to all claims of plaintiff Katherine Enis a/k/a Kat Enis against Defendants.

Defendants, therefore, request that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 18th day of August, 2016

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
Rachel R. Friedman (FRI045)

28079021 v1

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com
rfriedman@burr.com

Attorneys for Defendants
CAVALRY SPV I, LLC and CAVALRY
PORTFOLIO SERVICES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 18th day of August, 2016:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203

*s/ R. Frank Springfield*
OF COUNSEL