FILED
2016 Aug-19 AM 08:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **KATHERINE ENIS a/k/a KAT ENIS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CAVALRY PORTFOLIO SERVICES, LLC; CAVALRY SPV I, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br>**5:16-cv-00874-AKK** |

## ORDER

The court having been informed that this case has been amicably settled, it is therefore **ORDERED** that this case be and hereby is **DISMISSED WITHOUT PREJUDICE** and this court shall retain jurisdiction over the parties until October 18, 2016, for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal to the court by October 18, 2016. Otherwise, after that date, this action will be deemed dismissed with prejudice.

**DONE** the 19th day of August, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE